DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RONY MARC,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3241

[May 19, 2022]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 56-2004-CF-003770 A.

Brett S. Chase of Chase Law Florida, P.A., Saint Petersburg, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and LEVINE, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***